IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WOLFSPEED, INC.,

Plaintiff,

v.

AIR PRODUCTS AND CHEMICALS,
INC.,

Defendant.

25-CV-999

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## FOR FAILURE TO OBTAIN SERVICE

The record in this action indicating that Plaintiff has not obtained service upon Defendant Air Products and Chemicals, Inc. within 90 days after filing of the complaint, and Plaintiff, after notice, not having demonstrated good cause why such service was not made within the period, THIS ACTION IS DISMISSED WITHOUT PREJUDICE as to Defendant Air Products and Chemicals, Inc..

This the 23rd day of April, 2026.

*/s/ David A. Bragdon*
United States District Judge