IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WOLFSPEED, INC.,

Plaintiff,

v.

AIR PRODUCTS AND CHEMICALS, INC.,

Defendant.

25-CV-999

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

This the 23rd day of April, 2026.

_/s/ David A. Bragdon_
United States District Judge